**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Allen Glenn and Walter Linwood Anderson III, on behalf of themselves and all similarly situated individuals,

Plaintiffs,

v.

Daddy Rocks, Inc.

Defendant.

Court File No. 00-CV-419 DSD/JMM

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**

---

**PLEASE TAKE NOTICE** that the law firm of MANSFIELD TANICK & COHEN, P.A. hereby withdraws as counsel for Defendant Daddy Rocks, Inc., and is substituted as counsel by Scott Carlson, Esq. of the law firm of DUCKSON & CARLSON, which hereby consents to the aforesaid substitution.

Dated: June 25, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By: ______________________
Marshall H. Tanick (108303)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR DEFENDANT DADDY ROCKS, INC.**

FILED 6-28-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

**SUBSTITUTION OF COUNSEL**

The undersigned hereby concurs with the Notice of Withdrawal and agrees to be substitute counsel for Defendant Daddy Rocks, Inc. in this litigation.

Dated: June ____, 2001

**DUCKSON & CARLSON**

By: ______________________

Scott Carlson #192284
2110 Metropolitan Center
333 South Seventh Street
Minneapolis, MN 55402
(612) 317-2601

**ORDER**

Leave is hereby granted for the above Withdrawal and Substitution of Counsel.

**THE COURT**

Dated: June 28, 2001

By: ______________________
The Honorable David S. Doty
Judge, U.S. District Court

267806.1