UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Allen Glenn and Walter Lindwood Anderson, III,<br><br>Plaintiff,<br><br>vs.<br><br>Daddy Rocks, Inc.<br><br>Defendant. | Court File No. 00-419 (DSD/JMM)<br><br>**ORDER** |

Based upon the Stipulation for Dismissal with Prejudice, it is hereby ordered that the above-entitled action be dismissed with prejudice upon the merits and without cost to either party.

Dated this 3rd day of August, 2001

David S. Doty, Judge
United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

FILED 8-8-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 8-8-01
Deputy Clerk's Initials

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Allen Glenn and Walter Lindwood Anderson, III,<br><br>Plaintiff,<br><br>vs.<br><br>Daddy Rocks, Inc.<br><br>Defendant. | Court File No. 00-419 (DSD/JMM)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties hereto, by their respective counsel, hereby stipulate and agree that the above-entitled matter may be and hereby is dismissed on the merits and with prejudice without cost to any party.

Dated: August 6, 2001

HEDIN & GOLDBERG, P.A.

By: ______________________________

Elizabeth A. Glidden (#238287)
2100 Stevens Avenue South
Minneapolis, Minnesota 55404
(612) 871-5500

ATTORNEYS FOR PLAINTIFFS

FILED ______________
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Dated: August 6, 2001

DUCKSON, CARLSON, BASSINGER &
MITCHELL, LLC

By: ______________________________

Scott R. Carlson (#192284)
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 317-9745

ATTORNEYS FOR DEFENDANT

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500